ROSE SAKOW, as Executrix, v. GOFFREDO BOSSI et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

LEBENTHAL & CO., INC., v. THIRD MANHATTAN CORP.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of the exhibits referred to in the moving papers herein, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

(A) J. W. JOHNSON-WINCO CORP. v. L & B AUCTION PRODUCTS, INC. (B) EDITH BONNER v. TRANS WORLD AIRLINES, INC. (C) INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. SAMUEL GINSBERG et al.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of LOUIS P. CAMERO v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion to dispense with printing granted insofar as to permit this proceeding and the proceeding entitled *Matter of Foy* v. *Kennedy*, to be heard upon a single typewritten record and upon one set of petitioners' typewritten points, and upon 6 photostatic copies of each exhibit, upon condition that the petitioners serve one copy of the typewritten record and one copy of the typewritten or mimeographed petitioners' points on the Corporation Counsel, and files 6 copies of the typewritten record and 6 typewritten copies of the typewritten record and 6 typewritten or 19 mimeographed copies of petitioners' points and 6 photostatic copies of each exhibit with this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD BLEECHER v. HARRY SILBERGLITT, as Warden.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1962, with notice of argument for March 6, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

NATHAN MALKIN v. DAVID DUBINSKY, as President, I. L. G. W. U., et al.— Motion for an enlargement of time granted insofar as to extend the time for plaintiff-appellant to serve and file the record on appeal and appellant's points to and including September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

BORIS GARFINKEL v. LIZA P. GARFINKEL.— Motion for an enlargement of time granted insofar as to extend the time of defendant-appellant to procure the record on appeal and appellant's points to and including February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

GLORIA KNAPP v. ARTHUR A. KNAPP.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.